**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF MARCH 17, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

| | |
|---|---|
| WD77111 | Tyler Dean Messer vs. State of Missouri |
| WD77237 | Gwynne Rockwell McGraw vs. Eric Jason McGraw |
| WD77240 | State of Missouri, ex rel Chris Koster, Missouri Attorney General vs. Samuel Martin |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------

None